UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 3308

------------------------------------------------x

A.C., and H.C., by their Next Friend
BARBARA WEINER individually and on
behalf of all others similarly situated,

      Plaintiffs,

   - against -

JOHN MATTINGLY, in his official
capacity as Commissioner of the New
York City Administration for Children's
Services; and JOHN JOHNSON, in his
official capacity as Commissioner of the
New York State Office of Children and
Family Services,

      Defendants.

------------------------------------------------x

DOC # 1

Civ.    (TPG)

**ORDER**



The Clerk of Court is directed to:

(1)   Open a new civil docket number with the above case caption.

(2)   Strike the following documents and remove the .pdfs of those documents from case number 05 Civ. 2986 (<u>Balbuena v. Mattingly</u>): Docket nos. 26, 27, 28, 29, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 45, 46, 50, 68, 79, 80, 81, 82, 83 and 84.

(3)   Transfer the documents listed in (2) to the new case.

(4) File the following documents from case number 05 Civ. 2986 as duplicate originals in the new case: Docket Nos. 30, 49 and 60.

(5) Strike plaintiffs A.C. and H.C. from case number 05 Civ. 2986.

The filing fee is hereby waived.

Dated: New York, New York
April 25, 2007

SO ORDERED

*[signature]*

Thomas P. Griesa
U.S.D.J.