# THE MAYOR'S MANAGEMENT REPORT

## FISCAL 2005 PRELIMINARY



City of New York

Michael R. Bloomberg, Mayor

Marc V. Shaw
Deputy Mayor for Operations

Peter Madonia
Chief of Staff to the Mayor

Susan L. Kupferman
Director, Mayor's Office of Operations

**EXHIBIT 1**



# THE MAYOR'S MANAGEMENT REPORT

## FISCAL 2005 PRELIMINARY

City of New York

Michael R. Bloomberg, Mayor

Marc V. Shaw
Deputy Mayor for Operations

Peter Madonia
Chief of Staff to the Mayor

Susan L. Kupferman
Director, Mayor's Office of Operations

February 2005

# ADMINISTRATION FOR CHILDREN'S SERVICES

John B. Mattingly, Commissioner

*nyc.gov*

## Key Public Service Areas

- ✓ Protect children from abuse and neglect.
- ✓ Provide preventive and foster care services to meet the needs of children and families.
- ✓ Ensure timely reunification or adoption services based on the needs of the child.
- ✓ Ensure access to quality, safe child care and Head Start services in communities.

## Critical Objectives

- Respond within 24 hours to every allegation of abuse and neglect and perform thorough investigations of allegations.
- Increase access to quality, neighborhood-based services to prevent placement or re-entry into foster care.
- Maximize placement of children in foster homes within their own neighborhoods.
- Maximize placement of children in foster care with family members and placement of children with their siblings as appropriate.
- Enhance family involvement in service planning for children in foster care.
- Provide a safe, stable foster care environment for children.
- Decrease the length of time children remain in foster care.
- Ensure availability and accessibility of child care services in communities.

## Scope of Agency Operations

The Administration for Children's Services (ACS) protects and ensures the well-being of New York City's children and families. ACS investigated child abuse and neglect reports involving approximately 79,000 children and provided contract preventive services to a daily average of 30,000 children. ACS provides direct foster care and adoption services, as well as contractual services for approximately 20,000 children through 46 foster care agencies citywide. The Agency also administers 230 Head Start sites and enrolls 60,000 children in child care programs through contracted providers or child care vouchers.

## Preliminary Performance Highlights

- ACS continued to improve its performance in responding to abuse and/or neglect reports within 24 hours. However, the proportion of children for whom repeated allegations are received within one year rose.
- The number of children receiving contract preventive services decreased over the previous year and ACS is looking into the reasons for the decrease. The number of children receiving preventive services continues to exceed the number of children in foster care.
- The foster care population continued its decline as ACS emphasizes in-home services as an alternative to out-of-home care. As the needs of the children who are placed into foster care and their families have become more complex, the proportion of children in foster care returned to their parents in 12 months has declined while the proportion of children in foster care who had two or more transfers from one facility to another increased.
- ACS is working to lessen the trauma of foster care placement by increasing the proportion of children placed within their own neighborhood, with relatives, and with siblings in the same household.
- Fewer reports of abuse and/or neglect were received for children in foster care and child care programs. The rate of substantiated reports was down for foster care, but increased for child care settings.
- Fewer children were adopted during the reporting period as the foster care population continues to decline, but ACS plans to meet its fiscal-year adoption target. There was some improvement in average times needed to complete adoptions.
- Utilization rates for ACS-funded child care programs and for Head Start program slots continued to rise. Enrollment fell slightly for child care programs but grew strongly in Head Start.



## Performance Report

✓ Protect children from abuse and neglect.

| Performance Statistics | Actual FY02 | FY03 | FY04 | September 2004 MMR FY05[1] | Updated FY05[1] | FY06[1] | 4-Month Actual FY04 | 4-Month Actual FY05 |
|---|---|---|---|---|---|---|---|---|
| Abuse and/or neglect reports responded to within 24 hours of receipt from the State Central Registry (%) | 95.8% | 96.2% | 96.9% | 100.0% | 100.0% | 100.0% | 95.8% | 98.0% |
| Children in completed investigations with repeat investigations within a year (%) | 18.3% | 17.5% | 18.6% | * | * | * | 17.0% | 18.9% |
| Children in substantiated investigations with repeat substantiated investigations within a year (%) (Preliminary) | 10.0% | 9.3% | **10.5%** | 10.0% | 10.0% | 10.0% | 8.6% | 10.2% |

Numeric Target ☎ 311 related **Bold** - indicates revisions from the September 2004 MMR "NA" - means Not Available in this report

✓ **Provide preventive and foster care services to meet the needs of children and families.**

| Performance Statistics | Actual FY02 | FY03 | FY04 | September 2004 MMR FY05[1] | Updated FY05[1] | FY06[1] | 4-Month Actual FY04 | 4-Month Actual FY05 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 28,906 | 27,577 |
| Children in foster care (average) | 28,215 | 25,622 | 22,082 | * | * | * | 23,264 | 20,083 |
| All children entering foster care (Preliminary) | 8,498 | 6,946 | 6,299 | * | * | * | 2,194 | 1,723 |
| - New children entering foster care (Preliminary) | 6,545 | 5,634 | 4,680 | * | * | * | 1,642 | 1,291 |
| Children who re-enter foster care within a year of discharge to family (%) (Preliminary) | 9.3% | 9.2% | 8.6% | 8.6% | 8.6% | 8.6% | 9.2% | 8.4% |
| Children placed in foster care in their borough (%) (Preliminary) | 64.6% | 74.9% | 72.0% | | | | 71.2% | 72.0% |
| Children placed in foster care in their community district (%) (Preliminary) | 18.2% | 22.1% | 23.0% | 23.0% | 23.0% | 23.0% | 22.8% | 23.3% |
| Children entering foster care who are placed with relatives (%) (Preliminary) | 22.5% | 19.2% | 19.4% | | | | 19.1% | 22.0% |
| Siblings placed simultaneously in the same foster home (%) (Preliminary) | 84.1% | 89.7% | 87.3% | | | | 85.8% | 90.2% |
| Separated siblings in foster care receiving biweekly visits from their other siblings (%) (Preliminary) | | 70.8% | 71.3% | | | | 70.0% | 73.6% |
| Parents or caregivers attending Post-Removal 72-Hour Child Safety Conferences (%) | 66.9% | 67.3% | 70.7% | | | | 73.3% | 71.3% |
| Children with parent(s) attending 6-month Service Plan Reviews for children with goal of returning home (%) (Preliminary) | 50.0% | 50.7% | 49.0% | 60.0% | 60.0% | 60.0% | 50.0% | 48.0% |
| Children in foster care receiving biweekly visits from a parent or guardian (%) (Preliminary) | | 67% | 65% | | | | 66% | 66.0% |
| Children in foster care who had two or more transfers from one facility to another (%) | 36.7% | 38.3% | 41.2% | | | | 38.9% | 42.6% |
| Abuse and/or neglect reports for children in foster care and child care | 1,767 | 1,615 | 1,463 | | | | 504 | 442 |
| | | 1,342 | 1,209 | * | * | * | 416 | 354 |
| | | 273 | 254 | | | | 88 | 88 |
| and child care that are substantiated (%) (Preliminary) | 23.6% | 20.3% | 18.9% | | | | 20.2% | 13.0% |
| - for children in foster care (%) (Preliminary) | | 21.6% | 19.2% | * | * | * | 20.4% | 11.1% |
| - for children in child care (%) (Preliminary) | | 16.8% | 17.4% | * | * | * | 19.3% | 21.2% |

[1] Numeric Target ☎ 311 related **Bold** - indicates revisions from the September 2004 MMR "NA" - means Not Available in this report



| Performance Statistics | Actual FY02 | Actual FY03 | Actual FY04 | September 2004 MMR FY05[1] | Updated FY05[1] | FY06[1] | 4-Month Actual FY04 | 4-Month Actual FY05 |
|---|---|---|---|---|---|---|---|---|
| Cost per foster care case $ | | | | | | | | |
| - Congregate care by level of need | | | | | | | | |
| - Level 1 | | $126.19 | $131.34 | * | * | * | Annual Only | |
| - Level 2 | | $160.19 | $165.79 | * | * | * | Annual Only | |
| - Level 3 | | $160.95 | $175.02 | * | * | * | Annual Only | |
| - Foster boarding home | | $46.95 | $49.10 | * | * | * | Annual Only | |

Numeric Target ☎ 311 related **Bold** - indicates revisions from the September 2004 MMR "NA" - means Not Available in this report

✓ **Ensure timely reunification or adoption services based on the needs of the child.**

| Performance Statistics | Actual FY02 | Actual FY03 | Actual FY04 | September 2004 MMR FY05[1] | Updated FY05[1] | FY06[1] | 4-Month Actual FY04 | 4-Month Actual FY05 |
|---|---|---|---|---|---|---|---|---|
| Median length of stay for children entering foster care for the first time who are returned to parent (months) | 6.9 | 6.8 | 7.6 | 5.5 | 5.5 | 5.5 | Annual Only | |
| Children returned to parent(s) within 12 months (%) (Preliminary) | 48.4% | 49.2% | 49.2% | 45.0% | 45.0% | 45.0% | 51.8% | 47.5% |
| Children adopted | 2,695 | 2,793 | 2,735 | 2,500 | 2,500 | 2,500 | 664 | 564 |
| Median length of stay in foster care before child is adopted (months) | 62.2 | 64.3 | 61.5 | 50.0 | 50.0 | 50.0 | Annual Only | |
| Children adopted within 24 months from the time that adoption is decided as appropriate (%) (Preliminary) | 25.1% | 24.1% | **24.4%** | | | | 23.5% | 21.9% |
| Average time to complete adoption (years) | 3.6 | 3.6 | 3.5 | 3.0 | 3.0 | 3.0 | 3.7 | 3.6 |

[1]Numeric Target ☎ 311 related **Bold** - indicates revisions from the September 2004 MMR "NA" - means Not Available in this report

✓ **Ensure access to quality, safe child care and Head Start services in communities.**

| Performance Statistics | Actual FY02 | Actual FY03 | Actual FY04 | September 2004 MMR FY05[1] | Updated FY05[1] | FY06[1] | 4-Month Actual FY04 | 4-Month Actual FY05 |
|---|---|---|---|---|---|---|---|---|
| ☎ Child care capacity filled (%) | 98.1% | 96.8% | 97.4% | 99.0% | 99.0% | 99.0% | 90.9% | 94.9% |
| ☎ Head Start capacity filled (%) | 89.4% | 89.1% | 96.6% | 95.0% | 95.0% | 95.0% | 83.7% | 90.7% |
| Cost per child care slot | | | | | | | | |
| - Group child care (voucher) ($) | $5,976 | $6,677 | $6,511 | * | * | * | Annual Only | |
| - Family child care (voucher) ($) | $4,874 | $5,750 | $5,710 | * | * | * | Annual Only | |
| - Group child care (contract) ($) | $8,808 | $8,522 | $8,840 | * | * | * | Annual Only | |
| - Family child care (contract) ($) | $6,754 | $6,320 | $5,775 | * | * | * | Annual Only | |
| Cost per Head Start slot ($) | $7,945 | $8,762 | $9,277 | * | * | * | Annual Only | |

[1]Numeric Target ☎ 311 related **Bold** - indicates revisions from the September 2004 MMR "NA" - means Not Available in this report



## Inquiries Received by 311 Citizen Service Center




The 311 Citizen Service Center received 43,117 ACS-related inquiries from July through October 2004. Agency performance measures related to the top inquiries in the table below are noted with a "311-related" icon - a small telephone symbol - in the Performance Statistics tables in this chapter.

Citizen Inquiries Received by 311




| *Top 5 ACS - related inquiries:* | Total | % of ACS Inquiries |
|---|---|---|
| *Child Care Assistance* | 16,276 | 37.7% |
| *Child Care Eligibility Appointment* | 13,362 | 31.0% |
| *Child Care Recertification or Change* | 3,954 | 9.2% |
| *Become a Foster Parent* | 760 | 1.8% |
| *Head Start* | 711 | 1.6% |

## Agency Resources

| *Agency Resources* | Actual FY02 | Actual FY03 | Actual FY04 | September 2004 MMR FY05 | Updated FY05[1] | FY06[1] | 4-Month Actual FY04 | 4-Month Actual FY05 |
|---|---|---|---|---|---|---|---|---|
| *Expenditures ($ millions)*[2] | $2,375.1 | $2,345.5 | $2,257.3 | $2,184.0 | $2,219.3 | $2,095.8 | $1,329.9 | $1,340.3 |
| *Revenues ($ millions)* | $27.3 | $17.2 | $4.4 | $3.4 | $3.4 | $3.4 | $0.7 | $0.5 |
| *Personnel* | | | | | 6,695 | 6,688 | 6,051 | 6,384 |
| *Overtime earned ($000)* | $28,555 | $11,245 | $11,680 | | | | $3,274 | $4,099 |
| *Human services contract budget ($ millions)* | $1,368.3 | $1,323.7 | $1,288.7 | $1,185.6 | $1,179.8 | $1,058.1 | $448.9 | $428.4 |
| *Work Experience Program (WEP) participants assigned* | 118 | 127 | 188 | * | * | * | 148 | 165 |

[1]*January 2005 Financial Plan* **Bold** *- revisions from the September 2004 MMR* ***"NA"*** *- Not Available in this report*

[2]*Expenditures include all funds. January Plan figures reflect modifications in Federal, State, and other non-City funding since the adoption of the 2005 budget.*

## Noteworthy Changes, Additions or Deletions

- ACS has updated and finalized July-October 2003 data previously published as preliminary for: 'Children in substantiated investigations with repeat substantiated investigations within a year (%)' from 8.2 percent to 8.6 percent; 'All children entering foster care' from 2,015 to 2,194; 'New children entering foster care' from 1,465 to 1,642; 'Children who re-enter foster care within a year of discharge to a family (%)' from 9.1 percent to 9.2 percent; 'Children placed in foster care in their borough (%)' from 74.4 percent to 71.2 percent; 'Children placed in foster care in their community district (%)' from 24.0 percent to 22.8 percent; 'Children entering foster care who are placed with relatives (%)' from 19.3 percent to 19.1 percent; 'Children returned to parent(s) within 12 months (%)' from 52.3 percent to 51.8 percent; and 'Children adopted within 24 months from the time that adoption is decided as appropriate (%)' from 23.7 percent to 23.5 percent.
- ACS has updated and finalized data previously published as preliminary for Fiscal 2004 for: 'Children in substantiated investigations with repeat substantiated investigations within a year (%)' from 10.0 percent to 10.5 percent; 'All children entering foster care' from 6,227 to 6,299; 'New children entering foster care' from 4,627 to 4,680; 'Children placed in foster care in their borough



(%)' from 72.6 percent to 72.0 percent; 'Children placed in foster care in their community district (%)' from 23.4 percent to 23.0 percent; 'Siblings placed simultaneously in the same foster home (%)' from 87.1 percent to 87.3 percent; 'Children returned to parent(s) within 12 months (%)' from 49.3 percent to 49.2 percent; and 'Children adopted within 24 months from the time that adoption is decided as appropriate (%)' from 24.3 percent to 24.4 percent.

Data previously published as preliminary is now considered final for: 'Children who re-enter foster care within a year of discharge to family (%)' and 'Children entering foster care who are placed with relatives (%)' for Fiscal 2004; 'Siblings placed simultaneously in the same foster home (%)' for July-October 2003; and for both Fiscal 2004 and July-October 2003 for the indicators: 'Separated siblings in foster care receiving biweekly visits from their other siblings (%),' 'Children with parent(s) attending 6-month Service Plan Reviews for children with goal of returning home (%),' 'Children in foster care receiving biweekly visits from a parent or guardian (%)'; and the indicator 'Abuse and/or neglect reports for children in foster care and child care that are substantiated (%)' and its two sub-indicators.

Data for the measure 'Children receiving contract preventive services' has been revised for July-October 2003, from 29,081 to 28,906, and for Fiscal 2004, from 30,033 to 29,344. Data was reported incorrectly due to errors in previous calculation.