UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
A. C., and H. C., by their Next Friend BARBARA WEINER,
individually and on behalf of all others similarly situated,

                       Plaintiffs,                                05 Civ. 2986 (TPG)

      - against -

JOHN MATTINGLY, in his official capacity as Commissioner
of the New York City Administration for Children's Services,
and JOHN JOHNSON, in his official
capacity as Commissioner of the New York State               **NOTICE OF MOTION**
Office of Children and Family Services,

                       Defendants.
------------------------------------------------------------------X

       PLEASE TAKE NOTICE that upon the original Complaint, dated March 18, 2005; the Amended Complaint on Behalf of the Plaintiff Children, dated June 17, 2005; the Declaration of Jennifer Baum, dated June 17, 2005, and accompanying Memorandum of Law; the proposed Second Amended Complaint dated July 14, 2005; the Declaration of Jennifer Baum dated July 14, 2005, and accompanying Memorandum of Law; the plaintiff children A.C. and H.C. shall move this Court before the Honorable THOMAS P. GRIESA, U.S.D.J., on August 2, 2005, at the United States Courthouse, 500 Pearl Street, New York, New York, for an order:

       (1) granting leave to file a Second Amended Complaint on behalf of the Plaintiff Children, pursuant to Fed. R. Civ. P. 15(a); and

       (2) Granting such other and further relief as this Court may deem just and proper.

1

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Local Civil Rule 6.1(b)(2), any opposing affidavits and answering memoranda shall be served within ten business days after service of this moving paper.

Dated: New York, New York
July 15, 2005

    Respectfully submitted,

    THE LEGAL AID SOCIETY
STEVEN BANKS, Esq., Attorney-in-Chief
TAMARA STECKLER, Esq., Attorney-in-Charge, Juvenile
    Rights Division
NANCY ROSENBLOOM, Esq., (NR1275), Interim Director,
    Special Litigation and Law Reform Unit
LOUIS SARTORI, Esq. (LSS0011), of Counsel

ADRIENE HOLDER, Esq., Attorney in Charge, Civil Division
SCOTT ROSENBERG, Esq., (SAR5579), Director of Litigation,
    Civil Division
JENNIFER BAUM, Esq. (JB4030), of Counsel
199 Water Street, 3d Floor
New York, New York 10038
212-577-3300

TO:

| | |
|---|---|
| Carolyn A. Kubitschek, Esq.<br>Lansner & Kubitschek<br>325 Broadway, Suite 201<br>New York, NY 10007<br>Attorneys for NORMA BALBUENA | Madonna M. Kasbohm, Esq.<br>Office of Corporation Counsel<br>100 Church Street, 2nd Floor<br>New York, New York 10007<br>Attorneys for JOHN MATTINGLY |
| Georgia S. Alikakos, Esq.<br>Lewis, Brisbois, Bisgaard & Smith, LLP<br>199 Water Street, 25th Floor<br>New York, New York 10038<br>Attorneys for EPISCOPAL SOCIAL SERVICES | Robert L. Kraft, Esq.<br>Assistant Attorney General<br>120 Broadway, 24th Floor<br>New York, New York 10271<br>Attorneys for JOHN JOHNSON |