

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

DONNA KASBOHM
Phone: (212) 788-0957
Fax: (212) 788-0940
DKasbohm@law.nyc.gov

July 12, 2005

Jennifer Baum
THE LEGAL AID SOCIETY
199 Water Street
New York, New York 10038

    Re:    Balbuena v. Mattingly, *et al.*
           Case No. 05 Civ. 2986

Dear Jennifer:

    I write in response to your request for City defendants' consent to the filing of an Amended Complaint on behalf of the infant plaintiffs herein. City defendants do not oppose your request; however, please note that City defendants do not waive their right to respond to the Complaint, nor do they waive their right to assert any available defenses.

    If you have any questions, please contact me directly.

                                               Sincerely,