UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

A. C., and H. C., by their Next Friend
BARBARA WEINER, individually and on behalf of
all others similarly situated,

                        Plaintiffs,                      **05 Civ. 2986 (TPG)**

                        -against-

JOHN MATTINGLY, in his official capacity as
Commissioner of the New York City Administration      **STATE DEFENDANT'S**
for Children's Services, and JOHN JOHNSON, in his      **NOTICE OF MOTION**
official capacity as Commissioner of the New York      **TO DISMISS**
State Office of Children and Family Services,      **A.C. AND H.C. COMPLAINT**

                        Defendants.

------------------------------------------------------------------------X

       PLEASE TAKE NOTICE that, upon the document denominated "Amended Class Action Complaint" ("A.C. and H.C. Complaint") dated June 17, 2005, and upon the accompanying Memorandum of Law dated July 18, 2005, defendant JOHN JOHNSON, as Commissioner of the New York State OFFICE OF CHILDREN AND FAMILY SERVICES ("State defendant"), by his attorney, ELIOT SPITZER, Attorney General of the State of New York, shall move before the Honorable THOMAS P. GRIESA, a Judge of this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date to be determined by the Court, for an order and judgment dismissing the A.C. and H.C. Complaint against him: (1) pursuant to Article III of the Constitution of the United States and Federal Rule of Civil Procedure ("F. R. Civ. P.") Rule 12(b)(1), because A.C. and H.C. lack standing to assert the claims made in the A.C. and H.C. Complaint; (2) as provided in F. R. Civ. P. Rule 12(b)(6), because A.C. and H.C. have not demonstrated a violation of their alleged Constitutional rights in the removal process; and (3) pursuant to the Eleventh Amendment to the Constitution of the United States and F. R. Civ. P.

1

12(b)(1), to the extent damages are sought against the State defendant, for lack of subject matter jurisdiction.

       PLEASE TAKE FURTHER NOTICE THAT, pursuant to Local Civil Rule 6.1(b)(2), any opposing affidavits and answering memoranda shall be served within ten business days after service of this moving paper.

Dated: New York, New York
         July 18, 2005

                                    Respectfully submitted,

                                    ELIOT SPITZER
                                    Attorney General of the State of New York
                                    <u>Attorney for State defendant</u>

                                    By:      S/
                                    ROBERT L. KRAFT (RK5418)
                                    Assistant Attorney General
                                    120 Broadway, 24th Floor
                                    New York, New York 10271
                                    (212) 416-8632

TO:    Carolyn A. Kubitschek, Esq.           Jennifer Baum, Esq.
         LANSNER & KUBITSCHEK              The Legal Aid Society
         325 Broadway, Suite 201                 199 Water Street, 3rd Floor
         New York, NY 10007                     New York, New York 10038

         Madonna M. Kasbohm, Esq.            Georgia S. Alikakos, Esq.
         Office of Corporation Counsel           Lewis, Brisbois, Bisgaard & Smith, LLP
         100 Church Street, 2nd Floor              199 Water Street, 25th Floor
         New York, New York 10007             New York, New York 10038