

**THE CITY OF NEW YORK**

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DONNA M. KASBOHM
(212) 788-0957

July 18, 2005

**MEMO ENDORSED**

*Via Messenger*
The Honorable Thomas P. Griesa
United States Courthouse
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1630
New York, New York 10007-1581

Re:  Balbuena v. Mattingly
     Case No. 05 Civ. 2986

Dear Judge Griesa:

   I am the Assistant Corporation Counsel assigned to represent the City Defendants in the above-entitled matter. As the Court is likely aware, on July 15, 2005, infant Plaintiffs filed a motion for leave to file a Second Amended Complaint. City Defendants are not opposing infant Plaintiffs' Motion. The deadline for City Defendants to file a response to infant Plaintiffs' First Amended Complaint is today's date, July 18, 2005.

   In the interests of judicial economy, I write to respectfully request that City Defendants be granted 10 additional days after decision on infant Plaintiffs' motion in which to respond to whichever Complaint ultimately becomes the operative pleading in this matter. Jennifer Baum, counsel for infant Plaintiffs, has consented to my request.

   Thank you for your assistance.

APPROVED. SO ORDERED.

*Thomas P. Griesa*
U.S.D.J.   7/21/05

Respectfully submitted,

*Donna M. Kasbohm*
Donna M. Kasbohm
Assistant Corporation Counsel

cc:    Jenny Baum (counsel for infant Plaintiffs) (Via Facsimile)