JUN-29-2005  16:47      LEGAL AID SOCIETY                212 509 9753    P.02/03

GRISA S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NORMA BALBUENA, and A.C. and H.C., infants, by their
next friend Barbara Weiner, on behalf of themselves
and all others similarly situated,

                         Plaintiffs,                    05 Civ. 2986 (TPG)

                        -against-

JOHN MATTINGLY, in his official capacity as           STIPULATION
Commissioner of the New York City Administration      SETTING DEFENDANT
for Children's Services, and JOHN JOHNSON, in his      JOHNSON'S TIME TO
official capacity as Commissioner of the New York       RESPOND TO
State Office of Children and Family Services,            AMENDED COMPLAINT
                                                                        AND MOTION FOR
                        Defendants.                CLASS CERTIFICATION

------------------------------------------------------------X

      WHEREAS, A.C. and H.C. were named as plaintiffs in a Complaint filed on March 18, 2005; and

      WHEREAS, after substitution of counsel, A.C. and H.C. have filed an Amended Class Action Complaint and a motion for certification of a class on June 20 2005;

      NOW, THEREFORE, it is STIPULATED BY AND BETWEEN THE UNDERSIGNED that defendant Johnson's time to INTERPOSE A MOTION TO DISMISS the Amended Class Action Complaint extends until July 15, 2005;

      AND IT IS FURTHER STIPULATED BY AND BETWEEN THE UNDERSIGNED that the motion for class certification will be held in abeyance and that defendant Johnson's time

1

to respond thereto is suspended until the motion to dismiss the Amended Class Action Complaint is disposed of.

DATED:  June 29, 2005
        New York, NEW YORK

**ATTORNEY FOR PLAINTIFFS A.C. and H.C.**
THE LEGAL AID SOCIETY
199 Water Street, Third Floor
New York, New York 10038

By: _____
    Jennifer Baum (JB-4030)

**ATTORNEY FOR DEFENDANT JOHNSON**
ELIOT SPITZER, Attorney General
of the State of New York
120 Broadway
New York, NY 10271

By: _____
    Robert L. Kraft (RK-5418)

SO ORDERED:

_____  /DPK
Thomas P. Griesa
U.S.D.J.

7/21/05

2