

THE CITY OF NEW YORK

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DONNA M. KASBOHM<br>(212) 788-0957 |

July 11, 2005

**MEMO ENDORSED**



*Via Messenger*
The Honorable Thomas P. Griesa
United States Courthouse
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1630
New York, New York 10007-1581

        Re:   <u>Balbuena v. Mattingly</u>
                Case No. 05 Civ. 2986

Dear Judge Griesa:

       I am the Assistant Corporation Counsel assigned to represent the City Defendants in the above-entitled matter. I write to seek a brief extension of time in which City Defendants may respond to the Complaint filed on behalf of infant Plaintiffs, A.C. and H.C. The original deadline to respond would be today, July 11, 2005, and I respectfully request that that time be enlarged by one week to July 18, 2005. I have spoken to counsel for the infant Plaintiffs, Jennifer Baum, and she has consented to my request.

       Thank you for your assistance.

Respectfully submitted,

*Donna M. Kasbohm*
Donna M. Kasbohm
Assistant Corporation Counsel

APPROVED.

*Thomas P. Griesa*
U.S.D.J
7/15/05

/BPK