Carla A. Kerr (CK-5194)
Afiya M. Jordan (AJ-2108)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Phone (212) 837-6000
Fax (212) 422-4726

*Attorneys for Plaintiffs A.C. and H.C.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.C. and H.C. by their Next Friend BARBARA WEINER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> JOHN MATTINGLY, in his official capacity as Commissioner of the New York City Administration for Children's Services; and JOHN JOHNSON, in his official capacity as Commissioner of the New York State Office of Children and Family Services, <br><br> Defendants. | 05 Civ. 2986 (TPG) <br><br> **NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of Hughes Hubbard & Reed LLP hereby appears as co-counsel on behalf of Plaintiffs A.C. and H.C. in the above-entitled action. All pleadings, notices, orders, correspondence, and other papers in connection with the action shall be served upon:

>Carla A. Kerr
>Afiya M. Jordan
>HUGHES HUBBARD & REED LLP
>One Battery Park Plaza
>New York, New York 10004
>Phone (212) 837-6000
>Fax (212) 422-4726
>kerr@hugheshubbard.com
>jordan@hugheshubbard.com

Dated: June 12, 2006
New York, New York

>HUGHES HUBBARD & REED LLP
>
>By: /s/ Carla A. Kerr
>Carla A. Kerr (CK-5194)
>Afiya M. Jordan (AJ-2108)
>One Battery Park Plaza
>New York, New York 10004
>(212) 837-6000

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused copies of the attached Notice of Appearance of Hughes Hubbard & Reed LLP to be filed electronically and served by mail on:

All Counsel on attached service list

Dated June 12, 2006

/s/ Afiya M. Jordan

Afiya M. Jordan (AJ-2108)