**Carolyn A. Kubitschek**
Lansner & Kubitschek
325 Broadway, Suite 201
New York, NY 10007
212-349-0900
Fax: 212-349-0694
Email: ckubitschek@lanskub.com

**Jennifer Baum**
Legal Aid Society (Water Street)
199 Water Street, 3rd Floor
New York, NY 10038
(212) 577-3266
Fax: (212) 509- 8753
Email: jbaum@legal-aid.org

**Jesse Ira Levine**
New York City Law Department
100 Church Street
New York, NY 10007
(212)-442-3329
Fax: (212)-788-0300
Email: jlevine@law.nyc.gov

**Peter J. Biging**
Lewis Bribois Bisgaard & Smith(CA)
550 West C Street, Suite 800
San Diego, CA 92101
(212) 232-1363
Fax: (212) 232-1399
Email: biging@lbbslaw.com

**Georgia S. Alikakos**
Lewis Brisbois Bisgaard & Smith
199 Water Street, 25th Floor
New York, NY 10038
(212) 232-1375
Fax: (212) 232-1399
Email: alikakos@lbbslaw.com

**Madonna Marie Kasbohm**
New York City Law Depart. Office of the Corporation Counsel
100 Church Street
New York, NY 10007
212-788-0957
Fax: 212-788-0940
Email: dkasbohm@law.nyc.gov

**Robert Lewis Kraft**
Office of the Attorney General, New York State
120 Broadway
New York, NY 10271
212-416-8632
Fax: 212-416-6075
Email: robert.kraft@oag.state.ny.us