UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NORMA BALBUENA, on behalf of herself and all others
similarly situated,

                                  Plaintiffs,

       -against-

JOHN MATTINGLY, individually and as Commissioner;
H. AURELIA JEMMOTT, individually and as Reviewer;
RAFAEL ORTIZ, JR., individually and as Borough Director;
VERONICA CHEVRESTT, individually and as caseworker;
CARMEN DEL VALLE, individually and as supervisor;
EPISCOPAL SOCIAL SERVICES; ROBERT GUTHEIL,
individually and as director; CARMEN SANTANA,
individually and as supervisor; LOURDES FALCON,
individually and as caseworker; ZORAIDA NEGRON,
individually and as social worker; CITY OF NEW YORK;
and JOHN JOHNSON, as Commissioner,

                                  Defendants.
-----------------------------------------------------------------X
A.C. and H.C., by their next friend Barbara Weiner,
individually and on behalf of all others similarly situated,

                                Plaintiffs,

       -against-

John Mattingly, in his official capacity as
Commissioner of the New York City Administration
for Children's Services; and John Johnson, in his
official capacity as Commissioner of the New York
State Office of Children and Family Services,

                                Defendants.
-----------------------------------------------------------------X

05 Civ. 2986 (TPG)
(ECF Case)

**NOTICE OF
APPEARANCE
AND CHANGE
OF COUNSEL**

      PLEASE TAKE NOTICE that Theresa B. Moser, of counsel to Steven Banks, Attorney-in-Chief of The Legal Aid Society, provides notice of her substitution for Jennifer Baum as counsel for minor plaintiffs, A.C. and H.C., in the above-referenced case.

Dated: August 23, 2006
      New York, New York

                        STEVEN BANKS
                        Attorney-in-Chief
                        The Legal Aid Society
                        *Attorney of record for plaintiffs*
                        *A.C. and H.C.*

By: _____
                        THERESA B. MOSER (TM2125)
                        The Legal Aid Society
                        Juvenile Rights Practice
                        199 Water Street, 3rd Floor
                        New York, NY 10038
                        (212) 577-3284
                        Fax: (212) 577-3520
                        E-mail: tbmoser@legal-aid.org

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Notice of Appearance and Change of Counsel, by first class mail, on August 23, 2006 upon:

Carolyn A. Kubitschek
Lansner & Kubitschek
325 Broadway, Suite 201
New York, NY 10007
212-349-0900
Fax: 212-349-0694
E-mail: ckubitschek@lanskub.com

Jesse I. Levine
New York City Law Department
100 Church Street
New York, NY 10007
(212)-442-3329
Fax: (212)-788-0300
E-mail: jlevine@law.nyc.gov

Carla A. Kerr
Afiya Monifa Jordan
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
(212)-837-6000
Fax: (212)-299-6675
E-mail: jordan@hugheshubbard.com

Peter J. Biging
Lewis Brisbois Bisgaard & Smith (CA)
550 West C Street, Suite 800
San Diego, CA 92101
(212) 232-1363
Fax: (212) 232-1399
E-mail: biging@lbbslaw.com

Dirk Calache Haarhoff
Lewis Brisbois Bisgaard & Smith
199 Water Street, 25th Floor
New York, NY 10038
(212) 232-1375
Fax: (212) 232-1399
E-mail: haarhoff@lbbslaw.com

Robert Lewis Kraft
Office of the Attorney General, New York State
120 Broadway
New York, NY 10271
212-416-8632
Fax: 212-416-6075
E-mail: robert.kraft@oag.state.ny.us

Dated: August 23, 2006
      New York, New York

                                                                   KATHLEEN KHEEL