# United States District Court
# United States Courthouse
# 500 Pearl Street
# New York, NY 10007

## Memorandum

March 15, 2007

To:     Counsel

From:   Judge Thomas P. Griesa

Re:     <u>Balbuena v. Mattingly</u> (05 Civ. 2986)

At present there exist two operative complaints in this case, Norma Balbuena's complaint and the infant plaintiffs' complaint. As counsel is already aware, the court intends to sever one of the complaints from the instant action and to have it stand as a separate action. A conference is currently being scheduled to discuss how best to achieve this end.

In the meantime, the court is drafting an opinion concerning State Defendant's motion to dismiss the infant plaintiffs' complaint. As part of that motion, State Defendant argues that infant plaintiffs do not have standing to bring their action because their interests are represented by Balbuena. In view of the impending severance of the complaints, the court wishes to know whether State Defendant's argument is affected by the proposed severance.

The court requests that State Defendant provide a prompt answer to that question.