USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NORMA BALBUENA, et al,

            Plaintiffs,

   -against-

JOHN MATTINGLY, et al,

            Defendants.
------------------------------------------------------------------X

05 Civ. 2986 (TPG)

**STIPULATION
AND ORDER**

It is hereby stipulated by and between the undersigned that:

1. This action shall be known as follows: Norma Balbuena, on behalf of herself and all others similarly situated, Plaintiffs, against John Mattingly, individually and as Commissioner; H. Aurelia Jemmott, individually and as Reviewer; Rafael Ortiz, Jr., individually and as Borough Director; Veronica Chevrestt, individually and as caseworker; Carmen Del Valle, individually and as supervisor; Episcopal Social Services; Robert Gutheil, individually and as director; Carmen Santana, individually and as supervisor; Lourdes Falcon, individually and as caseworker; Zoraida Negron, individually and as social worker; City of New York; and John Johnson, as Commissioner; Defendants. A.C. and H.C., by their next friend Barbara Weiner, individually and on behalf of all others similarly situated, Plaintiffs, against John Mattingly, in his official capacity as Commissioner of the New York City Administration for Children's Services; and John Johnson, in his official capacity as Commissioner of the New York State Office of Children and Family Services; Defendants.

2. The infant plaintiffs, A.C. and H.C., appear herein by their next friend Barbara Weiner, individually and on behalf of all others similarly situated, and assert causes of action only against defendants John Mattingly in his official capacity as Commissioner of the

New York City Administration for Children's Services; and John Johnson, in his official capacity as Commissioner of the New York State Office of Children and Family Services.

   3. Plaintiff Norma Balbuena, on behalf of herself and all others similarly situated, asserts causes of action against defendants John Mattingly, individually and as Commissioner, H. Aurelia Jemmott, individually and as Reviewer, Rafael Ortiz, Jr., individually and as Borough Director, Veronica Chevrestt, individually and as caseworker, Carmen Del Valle, individually and as supervisor, Episcopal Social Services, Robert Gutheil, individually and as director, Carmen Santana, individually and as supervisor, Lourdes Falcon, individually and as caseworker, Zoraida Negron, individually and as social worker, City of New York, and John Johnson, as Commissioner.

   4. The Clerk of Court shall be directed to amend the caption of the action to the following:

------------------------------------------------------------------X
NORMA BALBUENA, on behalf of herself and all others
similarly situated,

       Plaintiffs,

  -against-

JOHN MATTINGLY, individually and as Commissioner;
H. AURELIA JEMMOTT, individually and as Reviewer;
RAFAEL ORTIZ, JR., individually and as Borough Director;
VERONICA CHEVRESTT, individually and as caseworker;
CARMEN DEL VALLE, individually and as supervisor;
EPISCOPAL SOCIAL SERVICES;
ROBERT GUTHEIL, individually and as director;
CARMEN SANTANA, individually and a supervisor;
LOURDES FALCON, individually and as caseworker;
ZORAIDA NEGRON, individually and as social worker;
CITY OF NEW YORK; and JOHN JOHNSON, as
Commissioner;

                                    Defendants.
-----------------------------------------------------------------X
-----------------------------------------------------------------X

A.C. and H.C., by their next friend Barbara Weiner,
individually and on behalf of all others similarly situated,

                              Plaintiffs,

         -against-

John Mattingly, in his official capacity as
Commissioner of the New York City Administration
for Children's Services; and John Johnson, in his
official capacity as Commissioner of the New York
State Office of Children and Family Services;

                                    Defendants.
-----------------------------------------------------------------X

Dated: New York, New York
       August 12, 2005

_____            _____
Christopher S. Weddle (CW4675)                Jennifer Baum (JB4030)
LANSNER & KUBITSCHEK                          LEGAL AID SOCIETY
Attorneys for Plaintiff Norma Balbuena        Attorneys for Plaintiffs A.C. and
325 Broadway                                  H.C.
New York, NY 10007                            199 Water Street
212-349-0900                                  New York, NY 10038
                                              212-577-3300



_____            _____
Robert Kraft (RK    )                         Georgia S. Alikakos (GA    )
Assistant Attorney General                    Lewis, Brisbois, Bisguard & Smith
Attorneys for Defendant John Johnson          Attorneys for Defendants Lourdes
120 Broadway                                  Falcon, Zoraida Negron, Carmen
New York, NY 10271                            Santana, Robert Gutheil, and
212-416-8632                                  Episcopal Social Services
                                              199 Water Street
                                              New York, NY 10038
                                              212-232-1375

```
                                    Defendants.
------------------------------------------------X
------------------------------------------------X
```

A.C. and H.C., by their next friend Barbara Weiner,
individually and on behalf of all others similarly situated,

                Plaintiffs,

      -against-

John Mattingly, in his official capacity as
Commissioner of the New York City Administration
for Children's Services; and John Johnson, in his
official capacity as Commissioner of the New York
State Office of Children and Family Services;

              Defendants.
------------------------------------------------X

Dated: New York, New York
       August 12, 2005

| | |
|---|---|
| Christopher S. Weddle (CW4675)<br>LANSNER & KUBITSCHEK<br>Attorneys for Plaintiff Norma Balbuena<br>325 Broadway<br>New York, NY 10007<br>212-349-0900 | Jennifer Baum (JB4030)<br>LEGAL AID SOCIETY<br>Attorneys for Plaintiffs A.C. and H.C.<br>199 Water Street<br>New York, NY 10038<br>212-577-3300 |
| Robert Kraft (RK  )<br>Assistant Attorney General<br>Attorneys for Defendant John Johnson<br>120 Broadway<br>New York, NY 10271<br>212-416-8632 | Georgia S. Alikakos (GA  )<br>Lewis, Brisbois, Bisguard & Smith<br>Attorneys for Defendants Lourdes<br>Falcon, Zoraida Negron, Carmen<br>Santana, Robert Gutheil, and<br>Episcopal Social Services<br>199 Water Street<br>New York, NY 10038<br>212-232-1375 |

```
                          Defendants.
-------------------------------------------X
-------------------------------------------X
-------------------------------------------
```

A.C. and H.C., by their next friend Barbara Weiner, individually and on behalf of all others similarly situated,

                Plaintiffs,

            -against-

John Mattingly, in his official capacity as Commissioner of the New York City Administration for Children's Services; and John Johnson, in his official capacity as Commissioner of the New York State Office of Children and Family Services;

                Defendants.
-------------------------------------------X

Dated: New York, New York
       August 12, 2005

---

Christopher S. Weddle (CW4675)
LANSNER & KUBITSCHEK
Attorneys for Plaintiff Norma Balbuena
325 Broadway
New York, NY 10007
212-349-0900

Robert Kraft (RK   )
Assistant Attorney General
Attorneys for Defendant John Johnson
120 Broadway
New York, NY 10271
212-416-8632

---

Jennifer Baum (JB4030)
LEGAL AID SOCIETY
Attorneys for Plaintiffs A.C. and H.C.
199 Water Street
New York, NY 10038
212-577-3300

Georgia S. Alikakos (GA   )
Lewis, Brisbois, Bisguard & Smith
Attorneys for Defendants Lourdes Falcon, Zoraida Negron, Carmen Santana, Robert Gutheil, and Episcopal Social Services
199 Water Street
New York, NY 10038
212-232-1375

                    Defendants.
------------------------------------------------X
------------------------------------------------X

A.C. and H.C., by their next friend Barbara Weiner,
individually and on behalf of all others similarly situated,

                    Plaintiffs,

              -against-

John Mattingly, in his official capacity as
Commissioner of the New York City Administration
for Children's Services; and John Johnson, in his
official capacity as Commissioner of the New York
State Office of Children and Family Services;

                    Defendants.
------------------------------------------------X

Dated: New York, New York
       August 12, 2005


Christopher S. Weddle (CW4675)
LANSNER & KUBITSCHEK
Attorneys for Plaintiff Norma Balbuena
325 Broadway
New York, NY 10007
212-349-0900

Jennifer Baum (JB4030)
LEGAL AID SOCIETY
Attorneys for Plaintiffs A.C. and H.C.
199 Water Street
New York, NY 10038
212-577-3300

Robert Kraft (RK   )
Assistant Attorney General
Attorneys for Defendant John Johnson
120 Broadway
New York, NY 10271
212-416-8632

/Georgia Alikakos (GA 7493)
Lewis, Brisbois, Bisguard & Smith
Attorneys for Defendants Lourdes
Falcon, Zoraida Negron, Carmen
Santana, Robert Gutheil, and
Episcopal Social Services
199 Water Street
New York, NY 10038
212-232-1375

_____
~~Madonna M. Kasbohm (MK)~~ → Carolyn Wolpert (CW2492)
Assistant Corporation Counsel
Attorney for Defendants John
Mattingly, H. Aurelia Jemmot,
Rafael Ortiz, Jr., Veronica
Chevrestt, Carmen Del Valle,
and City of New York
The City of New York Law Department
100 Church Street
New York, NY 10007
212-788-0957


SO ORDERED:

Date August 24, 2005          Thomas P. Griesa
                              _____
                              U.S.D.J.

_____
Madonna M. Kasbohm (MK   )
Assistant Corporation Counsel
Attorney for Defendants John
Mattingly, H. Aurelia Jemmot,
Rafael Ortiz, Jr., Veronica
Chevrestt, Carmen Del Valle,
and City of New York
The City of New York Law Department
100 Church Street
New York, NY 10007
212-788-0957



SO ORDERED:


Date: _____        _____
                                                                                        U.S.D.J.