UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
:
NORMA BALBUENA, individually and on :
behalf of all others similarly situated, :
:
:
Plaintiff, :
: 05 Civ. 2986 (TPG)
- against - :
: **ORDER**
:
JOHN MATTINGLY, individually and as :
Commissioner; H. AURELIA JEMMOT, :
individually and as Reviewer; RAFAEL :
ORTIZ JR., individually and as Borough :
Director; VERONICA CHEVRESTT, :
individually and as caseworker; CARMEN :
DEL VALLE, , individually and as :
supervisor; EPISCOPAL SOCIAL :
SERVICES; ROBERT GUTHEIL, :
individually and as Director; CARMEN :
SANTANA, individually and as :
supervisor; LOURDES FALCON, :
individually and as caseworker; :
ZORAIDA NEGRON, individually and as :
Social Worker; CITY OF NEW YORK; and :
JOHN JOHNSON, as Commissioner, :
:
Defendants. :
:
------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/07

```
-----------------------------------x
A.C., and H.C., by their Next Friend   :
BARBARA WEINER individually and on     :
behalf of all others similarly situated, :    07 Civ. 3308 (TPG)
                                       :
            Plaintiffs,                :    ORDER
                                       :
      - against -                      :
                                       :
JOHN MATTINGLY, in his official        :
capacity as Commissioner of the New    :
York City Administration for Children's :
Services; and JOHN JOHNSON, in his     :
official capacity as Commissioner of the :
New York State Office of Children and  :
Family Services,                       :
                                       :
            Defendants.                :
-----------------------------------x
```

The above-captioned cases are hereby consolidated for all purposes.

Dated: New York, New York
       May 14, 2007

SO ORDERED

*/s/ Thomas P. Griesa*

Thomas P. Griesa
U.S.D.J.