


199 WATER STREET, NEW YORK, N.Y. 10038  TEL: 212-577-3300  FAX:212-577-3520  www.legal-aid.org

**Theodore A. Levine**
*President*

**Steven Banks**
*Attorney-in-Chief*

*Juvenile Rights Division*
**Tamara A. Steckler**
*Attorney-in-Charge*

August 7, 2007

By First Class Mail
The Hon. Thomas P. Griesa
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1630
New York, New York 10007-1312

Re: A.C. and H.C., et al. v. Mattingly, et al., 07 Civ. 3308

Dear Judge Griesa,

    I write to request the Court's approval of a schedule agreed upon by the parties for the remaining briefing of plaintiffs' motion for class certification. The Court directed the parties to set a briefing schedule during a conference held in this matter on April 25, 2007.

    A.C. and H.C.'s motion for class certification was filed on June 17, 2005. On July 21, 2005, by Stipulation and Order, the plaintiffs' motion was held in abeyance as to defendant Johnson, and defendant Johnson's time to answer was suspended until after the Court's disposition of defendant Johnson's motion to dismiss plaintiffs' complaint. By Opinion dated March 20, 2007, this Court disposed of defendant Johnson's motion to dismiss.

    Defendant Johnson filed his opposition to plaintiffs' motion for class certification on June 29, 2007. Defendant Mattingly proposes to file his opposition to plaintiffs' motion for class certification by August 14, 2007. Plaintiffs A.C. and H.C. will file their reply by September 14, 2007.

    Counsel for defendants have authorized the undersigned to communicate this briefing schedule to the Court.

Approved.
Thomas P. Griesa
USDJ
8/13/07

Respectfully submitted,

Theresa B. Moser (TM2125)
Attorney for A.C. and H.C. and all others similarly situated

cc:  (by email)
    Carla A. Kerr, Hughes Hubbard & Reed LLP
    Jesse I. Levine, Assistant Corporation Counsel
    Robert L. Kraft, Assistant Attorney General
    Carolyn A. Kubitschek, Lansner & Kubitschek

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/07