**EXHIBIT 4**

NYS OCFS Bureau of Special Hearings

Hearings Requested
1993-2007

| HEARING TYPE | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SSL 422 | 356 | 351 | 353 | 346 | 349 | 187 | 5249 | 2718 | 1662 | 1465 | 4294 | 3384 | 2782 | 2963 | | 26459 |
| SSL 424a | 2 | 2 | 33 | 97 | 42 | 76 | 129 | 327 | 670 | 472 | 1577 | 1351 | 827 | 877 | | 6482 |
| FCR | 65 | 68 | 53 | 47 | 42 | 84 | 84 | 85 | 53 | 58 | 81 | 71 | 59 | 53 | | 903 |
| AE | 4 | 5 | 2 | 3 | 4 | 3 | 8 | 5 | 4 | 1 | 3 | 9 | 4 | 14 | | 69 |
| AS | 25 | 28 | 38 | 30 | 31 | 102 | 117 | 98 | 96 | 145 | 146 | 183 | 161 | 149 | | 1349 |
| 153-d | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | | 5 |
| DACA | 3 | 2 | 2 | 9 | 7 | 54 | 64 | 102 | 139 | 209 | 149 | 247 | 280 | 342 | | 1609 |
| CBVH | 2 | 5 | 0 | 6 | 6 | 8 | 10 | 4 | 8 | 7 | 8 | 15 | 7 | 0 | | 86 |
| AH* | 9 | 8 | 4 | 4 | 7 | 1 | 3 | 3 | 2 | 1 | 1 | 0 | 13 | 3 | | 59 |
| Criminal History | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | | 1 |
| TOTALS | 468 | 469 | 485 | 542 | 488 | 515 | 5664 | 3342 | 2634 | 2359 | 6261 | 5260 | 4133 | 4402 | | 37022 |



State of New York
Office of Children and Family Services

**SPECIAL HEARINGS BUREAU**
YEARLY REPORTS

HEARINGS SCHEDULED
1993-2006

| HEARING TYPE | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SSL 422 | 691 | 477 | 716 | 508 | 458 | 181 | 459 | 465 | 1290 | 1553 | 1921 | 3783 | 5946 | 4843 | 23291 |
| SSL 424 | 2 | 5 | 83 | 109 | 72 | 61 | 146 | 76 | 503 | 1094 | 1816 | 1774 | 1216 | 831 | 7788 |
| FCR | 118 | 110 | 95 | 102 | 83 | 78 | 67 | 79 | 45 | 50 | 64 | 65 | 40 | 45 | 1041 |
| AE | 4 | 5 | 5 | 6 | 9 | 3 | 4 | 8 | 5 | 2 | 3 | 6 | 2 | 1 | 63 |
| AS | 57 | 73 | 82 | 67 | 75 | 83 | 128 | 95 | 114 | 136 | 121 | 123 | 122 | 109 | 1385 |
| 153-d | 5 | 1 | 3 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 |
| DACA | 2 | 6 | 10 | 16 | 21 | 50 | 58 | 100 | 134 | 193 | 143 | 202 | 226 | 330 | 1491 |
| CBVH | 5 | 2 | 3 | 6 | 10 | 8 | 11 | 6 | 8 | 4 | 4 | 6 | 6 | 1 | 80 |
| AH* | 52 | 35 | 16 | 18 | 26 | 2 | 2 | 4 | 13 | 1 | 2 | 0 | 10 | 2 | 183 |
| Criminal History | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| TOTALS | 936 | 714 | 1013 | 846 | 754 | 466 | 875 | 833 | 2112 | 3033 | 4074 | 5959 | 7568 | 6163 | 35346 |

SSL 422 = Child Care Expungment/Amendment

SSL 424a = Child Care Application
FCR = Foster Care Removal
AE = Adoption Eligibilty
AS = Adoption Subsidy
153-d = Children's Serv. Reimb
DACA = Day Care Licensing
CBVH = Commission for Blind & Visually Handicapped
AH* = Adult Homes (includes Adult Homes & Family Type Homes)



State of New York
Office of Children and Family Services

**SPECIAL HEARINGS BUREAU**
YEARLY REPORTS

## HEARINGS HELD
## 1993-2006

| HEARING TYPE | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SSL 422 | 381 | 298 | 401 | 394 | 318 | 155 | 299 | 353 | 819 | 931 | 1066 | 1429 | 2358 | 2670 | 6844 |
| SSL 424 | 0 | 5 | 57 | 79 | 41 | 33 | 89 | 51 | 200 | 502 | 913 | 1099 | 814 | 552 | 3069 |
| FCR | 69 | 64 | 50 | 46 | 53 | 34 | 29 | 42 | 45 | 29 | 25 | 33 | 23 | 27 | 519 |
| AE | 3 | 5 | 2 | 3 | 6 | 3 | 2 | 3 | 3 | 2 | 1 | 5 | 1 | 0 | 38 |
| AS | 27 | 31 | 35 | 33 | 48 | 50 | 92 | 86 | 65 | 105 | 83 | 99 | 80 | 90 | 754 |
| 153-d | 1 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| DACA | 1 | 2 | 4 | 8 | 11 | 21 | 27 | 62 | 58 | 52 | 42 | 53 | 96 | 168 | 341 |
| CBVH | 4 | 3 | 0 | 5 | 5 | 4 | 7 | 4 | 3 | 4 | 1 | 3 | 0 | 0 | 43 |
| AH* | 7 | 10 | 3 | 1 | 13 | 3 | 0 | 2 | 0 | 1 | 0 | 0 | 2 | 4 | 40 |
| Criminal History | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTALS | 493 | 418 | 552 | 569 | 496 | 305 | 545 | 603 | 1193 | 1626 | 2131 | 2721 | 3374 | 3511 | 11652 |

SSL 422 = Child Care Expungment/Amendment
SSL 424a = Child Care Application
FCR = Foster Care Removal
AE = Adoption Eligibilty
AS = Adoption Subsidy
153-d = Children's Serv. Reimb
DACA = Day Care Licensing
CBVH = Commission for Blind & Visually Handicapped
AH* = Adult Homes (includes Adult Homes & Family Type Homes)



State of New York
## Office of Children and Family Services

**SPECIAL HEARINGS BUREAU**
YEARLY REPORTS

### HEARINGS ISSUED
### 1993-2006

| HEARING TYPE | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SSL 422 | 356 | 351 | 353 | 346 | 349 | 198 | 245 | 296 | 554 | 857 | 1463 | 2713 | 4815 | 4710 | 8081 |
| SSL 424 | 2 | 2 | 33 | 97 | 42 | 36 | 67 | 74 | 165 | 582 | 1326 | 1761 | 1213 | 797 | 4187 |
| FCR | 65 | 68 | 53 | 47 | 42 | 30 | 23 | 49 | 40 | 22 | 32 | 48 | 45 | 37 | 519 |
| AE | 4 | 5 | 2 | 3 | 4 | 5 | 5 | 3 | 6 | 2 | 1 | 4 | 0 | 1 | 44 |
| AS | 25 | 28 | 38 | 30 | 31 | 52 | 66 | 99 | 69 | 95 | 81 | 126 | 120 | 117 | 740 |
| 153-d | 2 | 0 | 0 | 0 | 0 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| DACA | 3 | 2 | 2 | 9 | 7 | 12 | 20 | 64 | 48 | 58 | 59 | 73 | 141 | 269 | 357 |
| CBVH | 2 | 5 | 0 | 6 | 6 | 4 | 3 | 8 | 3 | 2 | 0 | 4 | 3 | 0 | 43 |
| AH* | 9 | 8 | 4 | 4 | 7 | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 8 | 3 | 36 |
| Criminal History | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTALS | 468 | 469 | 485 | 542 | 488 | 342 | 429 | 594 | 885 | 1618 | 2963 | 4729 | 6345 | 5934 | 14012 |

SSL 422 = Child Care Expungment/Amendment
SSL 424a = Child Care Application
FCR = Foster Care Removal
AE = Adoption Eligibilty
AS = Adoption Subsidy
153-d = Children's Serv. Reimb
DACA = Day Care Licensing
CBVH = Commission for Blind & Visually Handicapped
AH* = Adult Homes (includes Adult Homes & Family Type Homes)