UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NORMA BALBUENA, individually and on behalf
of all others similarly situated,

       Plaintiffs,       05 CIVIL 2986 (TPG)

  -against-           **JUDGMENT**

JOHN MATTINGLY, et al.,

       Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/08

  Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Laura T. Swain, United States District Judge, and the Court, on July 10, 2008, having rendered its Order directing the Clerk of the Court to enter judgment dismissing the action with prejudice and without costs or attorneys's fees to either side, it is,

  **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 10, 2008, the action is dismissed with prejudice and without costs or attorneys's fees to either side.

**Dated:** New York, New York
   July 14, 2008

                J. MICHAEL McMAHON
                _____
                Clerk of Court
         BY:
                _____
                Deputy Clerk

             THIS DOCUMENT WAS ENTERED
             ON THE DOCKET ON _____