UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

A.C. and H.C.,                          :       07 Civ. 3308 (TPG)
            Plaintiffs,              :

    - against -                         :       **ORDER**

MATTINGLY, et al.,                      :

            Defendants.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

       On May 14, 2007, the Court issued an order consolidating the above-captioned case with Balbuena v. Mattingly, 05 Civ. 2986. In a Stipulation and Order dated July 10, 2008, the Balbuena action was voluntarily dismissed. While this Order did not specifically mention the A.C. and H.C. action, because of the consolidation, judgment was entered in both cases. The parties have since informed the Court that the plaintiffs in A.C. and H.C. never agreed to withdraw their amended complaint, and that judgment should not have been entered in that case.

       To remedy this, the Court hereby severs A.C. and H.C. v. Mattingly, 07 Civ. 3308, from Balbuena v. Mattingly, 05 Civ. 2986, and directs the Clerk's Office to restore A.C. and H.C. to the Court's docket.

Dated: New York, New York
       August 7, 2008

SO ORDERED

*Thomas P. Griesa*

Thomas P. Griesa
U.S.D.J.